UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Manta Industries Ltd., | |
|---|---|
| - v - | 17 CIV 1761 (LAP) |
| Rich Kid Jeans Corp., et al., | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than October 9, 2020 of the status of the action/remaining claims/defendants. Failure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute.

SO ORDERED.

*[signature]*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: September 29, 2020
       New York, New York