UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANTA INDUSTRIES LTD., <br><br> Plaintiff, <br><br> -against- <br><br> RICH KIDS JEAN CORP., et al., <br><br> Defendant. | No. 17-CV-1761 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On March 2, 2020, the Court ordered counsel to confer and update the Court regarding the status of this case. (See dkt. no. 3.) Nothing was ever filed. On September 29, 2020, the Court again asked for an update and warned that failure to provide one could result in dismissal of the case for failure to prosecute. (See dkt. no. 4.) Still, no update ever came. Accordingly, this case is hereby DISMISSED without prejudice for failure to prosecute. See FED. R. CIV. P. 41(b).

**SO ORDERED.**

Dated:    March 26, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge